

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-19-00191-CR

---

MICHAEL DALE TERRY, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR18-289

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Michael Dale Terry has filed an untimely notice of appeal from a conviction of driving while intoxicated, third or more.[1]  We dismiss the appeal for want of jurisdiction.

The judgment of conviction in this matter indicates that Terry's sentence was imposed on July 18, 2019, and that his notice of appeal was filed on September 17, 2019.  There is nothing in the appellate record to indicate that Terry filed a motion for new trial.  In the absence of a timely motion for new trial, Terry, to perfect his appeal, was required to file his notice of appeal within thirty days of the date sentence was imposed, or on or before August 19, 2019.  *See* TEX. R. APP. P. 26.2(a)(1).  The notice of appeal, therefore, was untimely.

We notified Terry by letter that his notice of appeal appeared to be untimely and that the appeal was subject to dismissal for want of jurisdiction.  We gave Terry ten days to respond to our letter and to demonstrate how we have jurisdiction over the appeal notwithstanding the noted defect.  Counsel for Terry responded, stating that he was unaware of his appointment as Terry's counsel until September 9, 2019.  Counsel for Terry requests that this Court grant leave to file an out-of-time appeal.

While we are not unsympathetic to the fact that counsel only learned of his appointment after the appeal deadline, we lack authority to create jurisdiction where none exists. The Texas Court of Criminal Appeals has expressly held that, without a timely notice of appeal, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998).

---

[1]*See* TEX. PENAL CODE ANN. § 49.09(b) (Supp.).

Because Terry did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     October 10, 2019
Date Decided:       October 11, 2019

Do Not Publish